RICHARD M. BARNETT, Esq.
A Professional Law Corporation
rmb-atty@pacbell.net
SBN 65132
105 West F Street, 4th Floor
San Diego, CA 92101
Telephone: (619) 231-1182
Facsimile: (619) 233-3321

Attorney for Defendant
BRENDON CLARKE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-09-1139-CRB(BZ) |
| Plaintiff, | [~~PROPOSED~~] |
| vs. | **ORDER STIPULATING TO MODIFY CONDITIONS OF RELEASE** |
| BRENDON CLARKE, | |
| Defendant. | |

GOOD CAUSE APPEARING and the court having been adequately advised of the relevant facts,

IT IS HEREBY ORDERED that the property located at 885 Armada Terrace, San Diego, California 92106 be substituted to secure the obligations of the bond for the above-named defendant in place and instead of the property located at 2661 Historic Decatur Road, San Diego, CA 92106.

IT IS FURTHER ORDERED that the property located at 2061 Historic Decatur Road, San Diego, California 92106 be reconveyed to surety Joan Hunziker forthwith.

Dated: 20 April 2010

The Honorable Bernard Zimmerman
United States Magistrate Judge