1  RICHARD M. BARNETT, Esq.
   A Professional Law Corporation
2  rmb-atty@pacbell.net
   SBN 65132
3  105 West F Street, 4th Floor
   San Diego, CA 92101
4  Telephone: (619) 231-1182
   Facsimile: (619) 233-3321
5
   Attorney for Defendant
6  BRENDON CLARKE

7

8              **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10                **SAN FRANCISCO DIVISION**

11

12  UNITED STATES OF AMERICA,          )        Case No. CR-09-1139-CRB(BZ)
                                       )
13              Plaintiff,             )        [PROPOSED]
                                       )
14      vs.                            )        **ORDER MODIFYING**
                                       )        **CONDITIONS OF RELEASE**
15  BRENDON CLARKE,                    )
                                       )
16              Defendant.             )
                                       )
17  _____)

18          GOOD CAUSE APPEARING and the court having been adequately advised of the

19  relevant facts,

20          IT IS HEREBY ORDERED that the conditions of release for defendant Brendon Clarke in

21  the above-entitled action be expanded to permit him to travel to Las Vegas, Nevada under the

22  following terms and conditions:

23          1.      He will depart on Southwest flight 1106 on February 10, 2011 at 5:35 p.m., arriving

24                  Las Vegas, Nevada at 6:50 p.m.

25          2.      He shall return on Southwest flight 2014 on February 14, 2011, departing Las Vegas,

26                  Nevada at 12:30 p.m. and arriving in San Diego, California at 1:40 p.m.

27  ///

28  ///

                                            1

3.     During his stay he will stay at the Rio Hotel.

Dated: _____

_____
The Honorable Bernard Zimmerman
United States Magistrate Judge