RICHARD M. BARNETT, Esq.
SBN 65132
105 West F Street, 4th Floor
San Diego, CA 92101
Telephone: (6l9) 231-1182
email: richardmbarnett@gmail.com

Attorney for Defendant
BRENDON CLARKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>BRENDON CLARKE,<br><br>  Defendant. | Case No. CR-09-1139-CRB(BZ)<br><br>**ORDER EXONERATING BOND AND RELEASING DEFENDANT BRENDON CLARKE'S PASSPORT** |

The defendant, BRENDON CLARKE having been remanded to custody on March 9, 2011,

IT IS HEREBY ORDERED that his bond be exonerated and his passport, currently in the custody of the Office of the Clerk of the United States District Court for the Southern District of California be released to his counsel, Richard M. Barnett, APLC, 105 West F Street, 4th Floor, San Diego, California 92101.

**SO ORDERED**

Dated: November 28, 2011

_____
The Honorable CHARLES R. BREYER
United States District Judge

Approved as to form and content.

/s/ Barbara B. Silano
Barbara B. Silano
Assistant United States Attorney